# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3854
_____

DARRELL THORPE and CRYSTAL
THORPE,

    Appellants,

    v.

US BANK, NATIONAL
ASSOCIATION, as Trustee for CP
SRMOF II 2012-A TRUST;
SELENE FINANCE,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

December 3, 2018

PER CURIAM.

    AFFIRMED.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Danielle Kelley of Danielle Kelley, Attorneys at Law, PLLC, Tallahassee, for Appellants.

Sonia Henriques McDowell of Quintairos, Prieto, Wood & Boyer, P.A., Orlando, for Appellees US Bank, National Association, as Trustee for CP SRMOF II 2012-A Trust and Selene Finance.

No appearance for Flagstar Bank.

2